## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*, | No. |
| v. | |
| ONE 24" 18K GOLD ROPE CHAIN WITH<br>CELTIC CROSS; ONE BREITLING<br>SUPEROCEAN AUTOMATIC 46 BLACK<br>STEEL WATCH; and ONE ROLEX<br>SUBMARINER IN STEEL & YELLOW<br>GOLD WITH BLUE CERAMIC BEZEL,<br>    *Defendants*. | |
| [CLAIMANT:  WILLIAM DINAN] | January 22, 2024 |

## <u>VERIFIED COMPLAINT OF FORFEITURE</u>

Now comes Plaintiff, United States of America, by and through its attorneys, Vanessa Roberts Avery, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, and respectfully states that:

1.     This is a civil *in rem* action brought to enforce the provisions of 21 U.S.C. § 881(a)(6), which provides for the forfeiture of proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*.

2.     This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3.     The Defendants are: One 24" 18K Gold Rope Chain with Celtic Cross; One Breitling Superocean Automatic 46 Black Steel Watch; and One Rolex Submariner in Steel & Yellow Gold with Blue Ceramic Bezel ("Defendant Assets").

4.     The Defendant Assets are located within the jurisdiction of this Court.

5.    On October 24, 2023, William Dinan submitted an administrative claim of ownership to the Defendant Assets One 24" 18K Gold Rope Chain with Celtic Cross; One Breitling Superocean Automatic 46 Black Steel Watch; and One Rolex Submariner in Steel & Yellow Gold with Blue Ceramic Bezel.

<u>BACKGROUND OF INVESTIGATION</u>

6.    On or about November 5, 2019, the Trumbull Police Department (TPD) executed a search warrant on William Dinan's ("Dinan") then current residence.  While at his residence, the TPD located a room in the residence that Dinan had turned into a steroids processing and packaging lab (hereinafter "Trumbull Lab").

7.    From Dinan's residence, law enforcement seized a voluminous quantity of suspected steroids and unidentified supplements that Dinan was selling.  As depicted below, Dinan had set up a room in his home like a lab with a folding table and chair that was a workstation that included rolls of professionally made labels identifying the controlled substances that Dinan was distributing, packaging material, and a laptop. Dinan had shelving next to the table that contained more than 25 bins. Each of the bins were labeled and contained a large quantity of various controlled substances, including a variety of steroids.





8.      A small portion of the seized suspected steroids were sent to the DEA lab for analysis.

An analysis performed by the DEA lab confirmed the presence of steroids, that are

Schedule III controlled substances, including dehydrochloromethyltestosterone,

stanozolol, oxymetholone, oxandrolone, methasterone, methandienone, and mesterolone.

9.    From Dinan's phone, law enforcement recovered evidence of steroids trafficking, including customer lists and a distribution network throughout the United States as reflected in price lists, shipping documents, steroid images, and peer-to-peer (P2P) financial transactions.

10.   In 2022, law enforcement received information that Dinan was operating a business identified as Apex Health and Wellness LLC (Apex Health) in Milford, Connecticut and that Dinan was selling steroids via Apex Health.

11.   Law enforcement observed a pattern where Dinan would travel from his residence to the Apex Health location and then he, or an associate, would mail multiple packages at the Post Office.

12.   Dinan and/or his associate would mail as many as twenty packages at a time.

13.   Between February 2, 2023 and April 25, 2023, law enforcement seized four parcels connected to Dinan and his associate and obtained a warrant for the parcels.

14.   Each of the parcels contained vials or pills with professionally made labels and represented to be from a controlled and regulated pharmaceutical or medical facility including an "Rx" and Caduceus symbols emblazoned on the labeling. Each of the parcels had a return address in the name of "James Dean" at an address that is associated with Dinan in Bridgeport, Connecticut.

15.   As with the 2019 seizures, lab analysis reflected that Dinan's products that are labelled as steroids are steroids and those which are labelled as something else are not steroids.

16.   Dinan's personal and business accounts received significant amounts of money.  For example, between November of 2021 and September of 2022, Dinan's personal account received approximately $44,710.79 from electronic payment platforms and an additional

approximately $109,386.52 in cash deposits.  In addition, his business account received approximately $174,364.00 in cash deposits between July of 2021 and August of 2022.

17.    Further, between September 27, 2021 and January 2, 2022, Dinan made eight payments totaling $19,805.00 to Next LVL Lash beauty bar in Texas via Square (Block).  The business is owned by Trong Nguyen who was arrested in 2021 on steroids trafficking charges following the seizure of steroids from Nguyen during a traffic stop and a later search of his residence.  Dinan made the payments in the name "Chris Apex," the amounts are all round numbers, and in service provided appear fictitious, particularly given Nguyen's location in Texas.  Services provided included "pubic hair extensions," "penis Botox injections," and "ball sack hair extensions."

18.    Dinan has three accounts with Pirateship.com, which is a third-party vendor used to pay for USPS services, under the aliases "Marty mcfly ApexPharma," "Marty mcfly," and "Chris Apex." The Pirateship.com records detailed approximately 6,500 parcels mailed between January 2021 and February 2023 by Dinan or other individuals associated with him to 48 states, including Alaska and Hawaii.  Dinan paid approximately $60,000 for the cost of shipping.  Dinan uses his American Express card to pay for the Pirateship.com shipping materials.

19.    On June 8, 2023, law enforcement executed a Search and Seizure Warrant on Dinan's residence located at 155 West Town Street, Milford, Connecticut.  Law enforcement seized, among other things, the Defendant Assets from this location.

20.    Dinan is currently being prosecuted by the Government in *U.S. v. Dinan*, 3:23-cr-97 (JAM) for, *inter alia*, distribution of controlled substances and money laundering.

## **CONCLUSION**

Based on the above information, it is believed that One 24" 18K Gold Rope Chain with Celtic Cross; One Breitling Superocean Automatic 46 Black Steel Watch; and One Rolex Submariner in Steel & Yellow Gold with Blue Ceramic Bezel constitute proceeds from the illegal sale and distribution of narcotics and are therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

The Defendant Assets represents proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. § 801 *et seq*., and are, therefore, subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for One 24" 18K Gold Rope Chain with Celtic Cross; One Breitling Superocean Automatic 46 Black Steel Watch; and One Rolex Submariner in Steel & Yellow Gold with Blue Ceramic Bezel; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

**<u>Jury Trial Requested</u>**

VANESSA ROBERTS AVERY,
UNITED STATES ATTORNEY

By:  <u>/S/ David C. Nelson</u>
David C. Nelson (ct25640)
Assistant U.S. Attorney
157 Church Street, 24th Floor
New Haven, Connecticut 06510
Tel:    (203) 821-3700
Fax:    (203) 773-5373
David.C.Nelson@usdoj.gov

7

## **DECLARATION**

I am a Special Agent with the Drug Enforcement Administration, United States Department of Justice, and the individual assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of January 2024.


/s/ Andrew Hoffman
ANDREW HOFFMAN
SPECIAL AGENT, DEA